**No. 62484.**—The L. Buchman Co., Inc. *v.* United States, protest 312770–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.